AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:25-M -04158(1) |
| | § |
| (1) Kerric Dijoncae CAUSEY | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 27, 2025 in Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Any person who-knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation;

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**

.

I further state that I am a(n) **Border Patrol Agent, GARCIA, DAISY** and that this complaint is based on the following facts: *"On September 27, 2025, the defendant, CAUSEY, Kerric Dijoncae was arrested by Border Patrol Agents near Eagle Pass, Texas, for harboring illegal aliens. Agents were advised of subjects that had been spotted illegally crossing the Rio Grande River into the United States. Agents arrived on scene and witnessed approximately four subjects*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ GARCIA, DAISY
Signature of Complainant
GARCIA, DAISY
Border Patrol Agent

09/29/2025
File Date

at   DEL RIO, Texas
City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                          Case Number: DR:25-M -04158(1)

(1) Kerric Dijoncae CAUSEY

**Continuation of Statement of Facts:**

jump a fence and run into an Airbnb known as the Green Cabin. Kickapoo Police was notified and conducted a welfare check. CAUSEY answered the door and Agents observed six subjects that appeared to be wearing soiled and wet clothing. An immigration inspection was conducted on the six subjects, and it was determined that they were illegally present in the United States and did not possess the required documents to enter or remain. In a post Miranda statement, DE LA GARZA-Rodriguez, Rodrigo Hector who is an alien that was part of the six found in the cabin, stated CAUSEY opened the door for them, waved them in, and quickly told them to lie down."

_____
Signature of Judicial Officer

/s/ GARCIA, DAISY
_____
Signature of Complainant