FILED

October 22, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____CR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CAUSE NO.: **DR:25-CR-02488-AM** |
| | § | |
| | § | **I N D I C T M E N T** |
| v. | § | |
| | § | [VIO: COUNT ONE: 8 U.S.C. § |
| | § | 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy |
| KERRIC DIJONTAE CAUSEY A/K/A | § | to Harbor Illegal Aliens; COUNT TWO: |
| KERRIC DIJONCAE CAUSEY | § | 8 U.S.C. § 1324(a)(1)(A)(iii) & (B)(i) |
| | § | Harboring Illegal Aliens (Profit).] |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about September 27, 2025, in the Western District of Texas, Defendant,

KERRIC DIJONTAE CAUSEY A/K/A KERRIC DIJONCAE CAUSEY

did knowingly and intentionally combine, conspire, confederate and agree with others, to conceal,

harbor, and shield from detection and attempt to conceal, harbor, and shield from detection, aliens

who came to, entered and remained in the United States in violation of law, knowing and in

reckless disregard of the fact said aliens came to, entered, and remained in the United States in

violation of law, and in furtherance of such violation of law, all in violation of Title 8, United

States Code, Section 1324(a)(1)(A)(v)(I) & (B)(i).

COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(iii) & (B)(i)]

On or about September 27, 2025, in the Western District of Texas, Defendant,

KERRIC DIJONTAE CAUSEY A/K/A KERRIC DIJONCAE CAUSEY

knowing and in reckless disregard of the fact that a certain alien, namely RODRIGO HECTOR DE LA GARZA-RODRIGUEZ, had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection and attempted to conceal, harbor, and shield from detection said alien in buildings and other places, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) & (B)(i).

A TRUE BILL

FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: _____
    DAISY GONZALEZ
    Assistant United States Attorney