UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

DEC 1 5 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cause No.: DR-25-CR-02488-AM |
| vs. | |
| KERRIC DIJONTAE CAUSEY A/K/A KERRIC DIJONCAE CAUSEY | |
| Defendant. | |

## STIPULATION OF FACTS

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant U.S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On September 27, 2025, around 4:30 a.m., a United States Border Patrol agent (BPA) assigned to Eagle Pass South Station in Eagle Pass, Texas situated within the Western District of Texas was advised over the radio by camera operators of subjects spotted in the Rio Grande River crossing into the United States near Riverside Drive . BPA responded to the area and heard a cattle fence being moved. BPA turned to the sound and spotted the three individuals jumping the cattle fence and quickly walking towards a cabin called "Green Cabin," an Airbnb located on Riverside Drive. BPA followed the individuals, surrounded the cabin, and called Kickapoo Tribal Police for assistance. While waiting for assistance, BPA observed the cabin had one entrance and one exit. BPA also heard multiple voices and movement coming from the inside. Around fifteen minutes

later, Kickapoo Tribal Police officers arrived, and announced themselves as police officers. An individual later identified as Kerric Dijontae Causey (Defendant) opened the door. BPA observed in plain view six individuals laying down and sitting down inside the cabin who appeared wet with soiled clothing. A total of six individuals were apprehended. BPA confirmed that all six individuals were citizens and nationals of foreign countries who had no lawful authority or documentation to have entered or remained in the United States.

Defendant was advised of his constitutional and statutory rights and warnings *Miranda* in a language he understood which he knowingly and voluntarily waived and agreed to speak with agents without an attorney present. In a post-*Miranda* interview, Defendant stated he traveled from Louisiana to Eagle Pass, Texas for a job interview with the pipeline and his wife rented the Airbnb. Defendant stated while on the porch of his room he heard someone ask for help and later observed one individual who he motioned to come inside. After motioning the one individual, Defendant stated he noticed it was a total of six individuals trying to open a fence to get inside the room he rented. Defendant later stated the call for help was "Amigo help" and he proceeded to open the fence for all six individuals to enter the cabin. Although he noticed their wet clothing, he did not think much of it. Defendant stated they were inside the cabin for 10 minutes before law enforcement arrived.

A search warrant executed on Defendant's phone revealed a WhatsApp conversation titled "work" between an unindicted co-conspirator (UIC) and the Defendant. Although most of the statements by the UIC were deleted, the conversation did show the UIC instructed the Defendant to send a video of the illegal aliens saying, "thank you to Jr." and to state the date of September 27, 2025. In response, the Defendant sent the UIC two videos, one video showed five of the six illegal aliens including one illegal alien repeating what was instructed by the UIC, and a second

video depicting all six illegal aliens seated on a bench and couch inside the cabin. The illegal aliens in the video were the same illegal aliens apprehended at the scene. The evidence established that the harboring was undertaken for the purpose of financial gain. The illegal aliens paid a smuggling fee to enter the United States, the Defendant had specifically rented an Airbnb next to the Rio Grande River, and the Defendant communicated with the UIC in a group chat titled "work."

Defendant, Kerric Dijontae Causey, now accepts responsibility and admits that on September 27, 2025, he did knowingly and intentionally combine, conspire, confederate and agree with others, within the Western District of Texas, to conceal, harbor, and shield from detection and attempt to conceal, harbor, and shield from detection, aliens who came to, entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and did conceal, harbor, and shield from detection and attempted to conceal, harbor, and shield from detection an alien in buildings and other places, for the purpose of commercial advantage and private financial gain, in furtherance of such violation of law, all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & (B)(i) and Title 8, United States Code, Section 1324(a)(1)(A)(iii) & (B)(i).

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By: _____
DAISY GONZALEZ
Assistant United States Attorney

I have carefully read and reviewed the entirety of this Stipulation of Fact, or it has been read to me (and if necessary, translated for me) and reviewed with me by my attorney. After careful consideration and discussion with my attorney, and fully understanding my rights with respect to the pending criminal charge(s), I knowingly and voluntarily agree the above Stipulation of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Signed this ___15___ day of _December_ 2025.

_____
KERRIC DIJONTAE CAUSEY
Defendant


I am counsel for Defendant. I have fully explained to Defendant all of Defendant's rights with respect to the pending criminal charge(s). I have carefully reviewed this Stipulation of Fact in its entirety with Defendant and provided Defendant with my best professional advice. In my opinion, Defendant's decision to agree to this Stipulation of Fact made voluntarily, and with full knowledge of its obligations and consequences.


Signed this___15___ day of _December_, 2025.


_____
NITYA MORALES VASQUEZ
Defendant's Attorney


Adopted and approved this___15th___day of _December_____, 2025.

_____
JOSEPH CORDOVA
United States Magistrate Judge